(124 So. 918)
**Henry ABRAMS v. STATE. (2 Div. 433.)**

Court of Appeals of Alabama.  Nov. 12, 1929.

BRICKEN, P. J.  The indictment preferred by the grand jury against this appellant contained two counts.  The first charged that he did make, manufacture, or distill alcoholic or spirituous liquors, etc., and count 2 charged him with the possession of a still, etc., to be used for that purpose.

Upon arraignment of the defendant, he interposed a plea of guilty to the charge contained in the second count of the indictment.  Judgment of conviction was accordingly pronounced and entered, from which appellant took an appeal, notwithstanding his plea of guilty.  The appeal is manifestly for delay, as no point of decision is presented or apparent.  Let the judgment stand affirmed.

Affirmed.

(123 So. 922)
**Stinson ADAMS v. STATE. (5 Div. 747.)**

Court of Appeals of Alabama.  May 28, 1929.

Rehearing Denied June 18, 1929.

Will O. Walton, of La Fayette, for appellant.

Charlie C. McCall, Atty. Gen., and J. W. Brassell, Asst. Atty. Gen., for the State.

BRICKEN, P. J.  This appellant was charged by indictment with a violation of the prohibition law (Code 1923, § 4615 et seq.) by having in his possession prohibited liquors.  The jury fixed his fine at $500, to which the court added four months' hard labor for the county.

During the entire trial no exception was reserved to any ruling of the court upon the admission of evidence.  However, the affirmative charge was requested by the defendant and refused, and this presents the only point of decision for consideration by this court, as the ruling of the court below on the motion for new trial is not presented.  Stover y. State, 204 Ala. 311, 85 So. 393.

Under the evidence in this case the affirmative charge was properly refused, as a jury question was presented.  There was ample evidence, in our opinion, to submit the question of the guilt or innocence of the accused to the jury.  It was sufficient to support the judgment of conviction pronounced and entered.

The record appears regular in all things.  Let the judgment of conviction, from which this appeal was taken, stand affirmed.

Affirmed.

(122 So. 919)
**J. B. ADDISON v. STATE. (1 Div. 894.)**

Court of Appeals of Alabama.  May 28, 1929.

BRICKEN, P. J.  Appeal dismissed on motion of appellant.

(123 So. 923)
**Andrew ADKINS v. STATE. (7 Div. 577.)**

Court of Appeals of Alabama.  June 18, 1929

RICE, J.  Affirmed.